IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES DONALD PETERSON,

    Petitioner,                                  JUDGMENT IN A CIVIL CASE

v.                                              Case No. 16-cv-189-bbc

JUDY SMITH,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner James Donald Peterson's petition for a writ of corpus is dismissed on the ground that it was not filed within the limitations period.

| /s/ | 6/22/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |